UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VICENTE GUERRA,

     Plaintiff,

v.                                   Case No: 8:19-cv-985-T-36TGW

DESTINY HOMES OF FLORIDA, INC.,
DESTINY INDUSTRIES, LLC, GSF
MORTGAGE CORP. and NATIONAL
CAPITAL FUNDING, LTD.,

     Defendants.
_____/

## **O R D E R**

Before the Court is the Stipulated Notice of Voluntary Dismissal Against Defendant National Capital Funding, LTD., only, with Prejudice (Doc. 15).  In accord with the Stipulated Notice of Voluntary Dismissal Against Defendant National Capital Funding, LTD., only, with Prejudice, it is **ORDERED AND ADJUDGED** as follows:

1)     The Stipulated Notice of Voluntary Dismissal Against Defendant National Capital Funding, LTD., only, with Prejudice is **APPROVED** (Doc. 15).

2)     Plaintiff's claims against Defendant National Capital Funding, LTD., only, are dismissed, with prejudice. Each party shall bear its own costs and attorneys' fees.

3)     The Clerk is directed to terminate Defendant National Capital Funding, LTD. as a party to this case.

**DONE AND ORDERED** in Tampa, Florida on February 5, 2020.

Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record