UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**VICENTE GUERRA,**

    **PLAINTIFF,**

v.                                  **CASE NO: 8:19-CV-00985-CEH-TGW**

**DESTINY HOMES OF FLORIDA, INC., DESTINY INDUSTRIES, LLC., GSF MORTGAGE CORP., AND NATIONAL CAPITAL FUNDING, LTD.,**

    **DEFENDANTS.**
_____/

<u>**STIPULATED NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**</u>

    **COME NOW**, Plaintiff, **VICENTE GUERRA**, and Defendant(s), **DESTINY HOMES OF FLORIDA, INC.,** and **GSF MORTGAGE CORP** (collectively **"**Defendants"), by and through the undersigned counsel, and hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) and agree that Plaintiff's claims against Defendants should be dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

**[SIGNATURE BLOCKS ON FOLLOWING PAGE]**

Respectfully submitted this **March 6, 2020**,

| | |
|---|---|
| */s/ Kaelyn Steinkraus* | */s/ David Arthur Glenny* |
| Kaelyn Steinkraus, Esq. | David Arthur Glenny, Esq. |
| Florida Bar No. 125132 | Florida Bar No.: 371807 |
| kaelyn@attorneydebtfighters.com | glenny@bicecolelaw.com |
| 2561 Nursery Road, Suite A | 1333 SE 25th Loop, Suite 101 |
| Clearwater, FL 33764 | Ocala, FL 34471-1071 |
| (p) (727) 538-4188 | (p) (352) 732-2255 |
| (f) (727) 362-4778 | (f) (352) 351-0166 |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| | *Destiny Homes of Florida, Inc.* |

*/s/ Caitlin C. Szematowicz*
Caitlin C. Szematowicz, Esq.
Florida Bar No. 98489
cszem@brdwlaw.com
5858 Central Ave Ste A
St Petersburg, FL 33707-1708
(p) (727) 381-2300
(f) (727) 343-4059
*Counsel for Defendant*
*GSF Mortgage Corp.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **06** day of **March, 2020**, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Kaelyn Steinkraus*
Kaelyn Steinkraus, Esq.
Florida Bar No. 125132