UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VICENTE GUERRA,

     Plaintiff,

v.                                               Case No: 8:19-cv-985-T-36TGW

DESTINY HOMES OF FLORIDA, INC.,
DESTINY INDUSTRIES, LLC and GSF
MORTGAGE CORP.,

     Defendants.
_____/

**O R D E R**

     Before the Court is the Stipulated Notice of Voluntary Dismissal With Prejudice (Doc. 61).

In accord with the Stipulated Notice of Voluntary Dismissal With Prejudice, it is **ORDERED**

**AND ADJUDGED** as follows:

     1)     The Stipulated Notice of Voluntary Dismissal With Prejudice is **APPROVED**

(Doc. 61).

     2)     Plaintiff's claims against Defendants Destiny Homes of Florida, Inc. and GSF

Mortgage Corp., only, are dismissed, with prejudice. Each party shall bear its own costs and

attorneys' fees.

     3)     The Clerk is directed to terminate Defendants Destiny Homes of Florida, Inc. and

GSF Mortgage Corp. as parties to this case.

     **DONE AND ORDERED** in Tampa, Florida on March 9, 2020.

Charlene Edwards Honeywell
United States District Judge

**<u>COPIES FURNISHED TO</u>**:
Counsel of Record