UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**VICENTE GUERRA,**

    **PLAINTIFF,**

V.                                        **CASE NO: 8:19-CV-00985-CEH-TGW**

**DESTINY HOMES OF FLORIDA, INC., DESTINY INDUSTRIES, LLC, GSF MORTGAGE CORP., AND NATIONAL CAPITAL FUNDING, LTD.,**

    **DEFENDANTS.**
_____/

### AMENDED STIPULATED NOTICE OF VOLUNTARY DISMISSAL AGAINST DEFENDANT, DESTINY INDUSTRIES, LLC
[AMENDED TO CORRECT CONSENT OF PLAINTIFF'S COUNSEL PARAGRAPH]

Plaintiff, VICENTE GUERRA, and Defendant, DESTINY INDUSTRIES, LLC, by and through their undersigned counsel, hereby stipulate pursuant to Fed.R.Civ.P. 41, that Plaintiff's causes should be dismissed, with prejudice, as to Defendant, DESTINY INDUSTRIES, LLC, with each party to bear its own costs and attorney's fees.

Respectfully submitted on March 11, 2020.

| | |
|---|---|
| */s/ Kaelyn Steinkraus* | */s/ John W. Black* |
| Kaelyn Steinkraus, Esq. | John W. Black |
| Florida Bar No. 125132 | Florida Bar No. 0754552 |
| kaelyn@zieglerlawoffice.com | 2155 Delta Blvd., Ste. 210-A |
| Michael A. Ziegler, Esq. | Tallahassee, FL 32303 |
| Florida Bar No. 74864 | Telephone: (850) 425-4600 |
| mike@zieglerlawoffice.com | E-mail: jwblack@nettally.com |
| Law Office of Michael A. Ziegler, P.L. | *Counsel for Defendant Destiny Industries, LLC* |
| 2561 Nursery Road, Suite A | |
| Clearwater, FL 33764 | |
| (p)   (727) 538-4188 | |
| (f)   (727) 362-4778 | |
| *Counsel for Plaintiff* | |

## CONSENT OF COUNSEL FOR PLAINTIFF, VICENTE GUERRA

Pursuant to Local Rule 1.05(d), the undersigned counsel for Defendant, Destiny Industries, LLC, represents to the Court that counsel for Plaintiff, Vicente Guerra, has authorized him to affix her electronic signature to this Stipulated Notice of Voluntary Dismissal.

> */s/ John W. Black*
> John W. Black, Esq.
> Florida Bar No. 0754552

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 11, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system for distribution of a Notice of Electronic Filing to all E-filers of record in this case.

> Respectfully submitted,
>
> By: */s/ John W. Black*
> John W. Black
> 2155 Delta Blvd., Ste. 210-A
> Tallahassee, FL   32303
> Telephone:   (850) 425-4600
> E-mail: jwblack@nettally.com
> Secondary E-mail: JWBlack2155@outlook.com
> Florida Bar No. 0754552
> Counsel for Defendant,
> DESTINY INDUSTRIES, LLC