UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VICENTE GUERRA,

    Plaintiff,

v.                                                  Case No: 8:19-cv-985-T-36TGW

DESTINY INDUSTRIES, LLC,

    Defendant.
_____/

## ORDER

Before the Court is the Amended Stipulated Notice of Voluntary Dismissal Against Defendant, Destiny Industries, LLC (Doc. 64). In accord with the Amended Stipulated Notice of Voluntary Dismissal Against Defendant, Destiny Industries, LLC, it is **ORDERED AND ADJUDGED** as follows:

1)    The Amended Stipulated Notice of Voluntary Dismissal Against Defendant, Destiny Industries, LLC is **APPROVED** (Doc. 64).

2)    This cause is dismissed, with prejudice. Each party shall bear its own costs and attorneys' fees.

3)    The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida on March 12, 2020.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record